UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE DeJESUS RODRIQUEZ,

        Plaintiff,           CIV S-05-1825 DFL PAN PS

    v.

PAT MEREZ, SUPERVISOR, SAN           ORDER
JOAQUIN COUNTY HUMAN SERVICES
AGENCY, and SAN JOAQUIN COUNTY
HUMAN SERVICES AGENCY, and
DOES 3 through...,

        Defendants.

-o0o-

On September 30, 2005, this court granted plaintiff's application to proceed in forma pauperis, directed the Clerk to file plaintiff's complaint and the Marshal to serve process upon defendants.

On October 17, 2005, defendants Patricia Meraz (sued as Pat Merez) and San Joaquin County Human Services moved for dismissal or summary judgment. Defendants filed supporting declarations

1

and a statement of undisputed facts. Plaintiff filed a verified opposition and request for appointment of counsel; on December 9, plaintiff filed a motion for preliminary injunction. The court vacated the November 23, 2005, hearing and submitted these matters for decision on the papers.

Upon further review of the parties' papers, the court finds that a hearing would be helpful in clarifying the facts and legal issues presented by this case.

Accordingly, plaintiff and defendants are directed to appear on Wednesday, January 25, 2006, at 9:00 a.m., in Courtroom 25.

Also directed to appear are Luther Harrell, Fair Hearings Unit State Hearings Representative, who shall address his "oral agreement" with plaintiff resulting in the withdrawal of plaintiff's request for hearing following the denial of his original application, and a representative from Oakland's Disability Evaluation Bureau who shall address the processing of plaintiff's pending "DED" application.

The parties shall be prepared to present all facts pertinent to plaintiff's initial Medi-Cal application and the rationale for its denial, the withdrawal of plaintiff's request for hearing based on "oral agreement," and the rationale and procedure attendant to plaintiff's currently pending "DED" application. Defendants shall address at the hearing the legal requirements and procedures attendant to San Joaquin County's processing of Medi-Cal and "Medi-Cal disability" claims, and shall specifically address plaintiff's due process challenge, particularly the

administrative exhaustion requirements applicable to both Medi-Cal and "Medi-Cal disability" claims.

So ordered.

Dated:   January 18, 2006.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge