UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE DeJESUS RODRIQUEZ,

          Plaintiff,      CIV S-05-1825 DFL PAN PS

    v.

PAT MEREZ, SUPERVISOR, SAN JOAQUIN      ORDER
COUNTY HUMAN SERVICES AGENCY, and
SAN JOAQUIN COUNTY HUMAN SERVICES
AGENCY, and DOES 3 through...,

          Defendants.

-o0o-

     The parties have supplemented the record as directed by the court at the January 25, 2006, hearing.  Plaintiff states that he attended his January 31, 2006, medical examination and "things seemed to have gone pretty well . . . I have a good feeling about this, finally."  Defendants state that a decision of the administrative law judge can be expected by the end of April 2006.  Plaintiff "agree[s] to . . . stay proceedings until

[the medical report of his examination] is submitted and filed and heard by the administrative law judge."

Accordingly, all matters are stayed pending a final decision by the administrative law judge.

So ordered.

Dated:  February 10, 2006.

                                              /s/ Peter A. Nowinski
                                              PETER A. NOWINSKI
                                              Magistrate Judge