IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DeJESUS RODRIQUEZ,

    Plaintiff,                                    CIV-S-05-1825 DFL EFB (GGH) PS

    vs.

PAT MEREZ, et al.,

    Defendants.                             ORDER

_____/

    On June 21, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Although plaintiff filed an appeal with the Ninth Circuit on July 11, 2006, no objections were filed.

    Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

    Having carefully reviewed the entire file, the court adopts the magistrate judge's findings and recommendations as to plaintiff's 42 § 1983 claim alleging an Eighth Amendment violation. The court, however, declines to adopt the magistrate judge's findings and recommendations as to

1

plaintiff's § 1983 claim alleging a Fourteenth Amendment violation.  Plaintiff is a pro se litigant.  The court finds that this claim, liberally construed, meets the pleading standards under Fed. R. Civ. P. 8(a).  Plaintiff has pleaded the claim with enough specificity to allow defendants to seek more information by way of discovery.

Accordingly, IT IS ORDERED that:

1. Defendants' motion to dismiss is GRANTED as to plaintiff's § 1983 claim alleging an Eighth Amendment violation; and

2. Defendants' motion to dismiss is DENIED as to plaintiff's § 1983 claim alleging a Fourteenth Amendment violation.

DATED:   March 28, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/rodriguez.jo