IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

        Plaintiff,                        CIV S-05-1825 DFL EFB PS

    vs.

PAT MEREZ, SUPERVISOR, SAN
JOAQUIN COUNTY HUMAN
SERVICES AGENCY, et al.,                 ORDER

        Defendants.
_____/

       This case, in which plaintiff is proceeding pro se, was referred to the undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).[1] On March 28, 2007, the district judge issued an order granting in part, and denying in part, defendants' motion to dismiss. Pursuant to that order, plaintiff may proceed on his claims alleging a Fourteenth Amendment violation under 42 U.S.C. § 1983. Upon review of the record, it appears that no answer is on file. Accordingly, defendants shall file an answer within ten (10) days from the date of service of this order.

////

---

[1] This action was reassigned to the undersigned on August 29, 2006.

1

Further, the parties shall submit a joint status report[2] within thirty (30) days of service of this order, addressing the following matters:

(1) service of process

(2) joinder of additional parties;

(3) amendment of pleadings;

(4) jurisdiction and venue;

(5) anticipated motions;

(6) anticipated discovery and disclosure of expert witnesses;

(7) future proceedings, including proposed deadlines for discovery, motions, and scheduling the pretrial conference;

(8) estimated length of trial;

(9) proposed modifications of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

(10) whether the case is related to any other case, including any matter in bankruptcy;

(11) whether a settlement conference should be scheduled; and,

(12) any other matters that may add to the just and expeditious disposition of this matter.

Upon review of the joint status report, the court may either make a scheduling order incorporating the suggestions of the parties or schedule a status conference. Pending such order or conference, the parties are of course free to proceed with litigating this case. The parties are

////
////
////
////
////

---

[2] If the parties are unable to submit a joint status report, they shall submit separate status reports within the time allotted.

1  further advised that failing to obey federal or local rules, or orders of this court, may result in
2  dismissal of this action.
3      SO ORDERED.
4  DATED:   May 23, 2007.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE