IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

    Plaintiff,                        No. CIV S-05-1825 RRB EFB PS

vs.

PAT MEREZ, SUPERVISOR, SAN JOAQUIN COUNTY HUMAN SERVICES AGENCY, et al.,

    Defendants.                   <u>ORDER</u>

/

This case, in which plaintiff is proceeding pro se, was referred to the undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1). On October 1, 2007, plaintiff filed a document styled "Stipulation of Dismissal," seeking to dismiss the case without prejudice. The "stipulation," however, did not contain defense counsel's signature. On October 4, 2007, counsel for defendants filed a notice of non-opposition and joinder in plaintiff's request for dismissal without prejudice.

An action may be dismissed "by filing a stipulation of dismissal signed by all parties who have appeared in the action." Fed. R. Civ. P. 41(a)(1)(ii). The court finds the parties' filings constitute that stipulation and the Clerk is directed to close the case.

DATED: October 10, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE